**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CASE NO. 3:14-CV-00636-CRS**

LOUISVILLE/ JEFFERSON COUNTY
METRO GOVERNMENT, BY AND
THROUGH THE LOUISVILLE/JEFFERSON
COUNTY METRO POLICE DEPARTMENT
(METRO)                                                                      **PLAINTIFF**

VS.                        **ANSWER TO COUNTERCLAIMS**

**SHALAKO HOOPER**

**and**

**$17,574.00 UNITED STATES CURRENCY**                           **DEFENDANTS**

\* \* \* \* \* \* \*

Comes the Plaintiff and Counter-Defendant, Louisville/Jefferson County Metro Government, hereinafter "Metro," for its Answer to the Counterclaims filed herein states as follows:

1. Metro denies paragraph 5 of Defendant/Counter-Plaintiff's Counterclaims.

2. Metro is without sufficient knowledge to form a belief as to the truth or falsity of the allegation contained in paragraph 6 of Defendant/Counter-Plaintiff's Counterclaims.

3. Metro admits paragraph 7 of Defendant/Counter-Plaintiff's Counterclaims.

4. Metro denies paragraphs 8-23 of Defendant/Counter-Plaintiff's Counterclaims.

## FIRST DEFENSE

5. The Complaint fails to state a cause of action for which relief may be granted.

## SECOND DEFENSE

6. All complaint paragraphs and averments not expressly admitted by the Plaintiff/Counter-Defendant are denied.

## FIFTH DEFENSE

7. Plaintiff/Counter-Defendant expressly reserves the right to file further pleadings and to assert additional affirmative defenses as the proof develops.

**WHEREFORE**, the Plaintiff/Counter-Defendant respectfully request:

1. dismissal of Plaintiff's counterclaims with prejudice;

2. trial by jury;

3. costs expended herein; and

4. any and all other relief to which they appear reasonably entitled.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Stephanie French_____
STEPHANIE FRENCH
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, Kentucky 40202
Phone (502) 574-8633
Fax (502) 574-4215
stephanie.french@louisvilleky.gov

*Counsel for Louisville/Jefferson County Metro Government, by and through the Louisville/Jefferson County Metro Police Department*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties.

                /s/ Stephanie French\_\_\_